IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEROY PRUITT,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | **NO. 22-CV-4772** |
| **CITY OF PHILADELPHIA,** *et al.*, *Defendants* | : : : | |

**O R D E R**

**AND NOW**, this 30th day of January, 2023, upon consideration of Leroy Pruitt's Motion to Proceed *In Forma Pauperis* (ECF No. 3), and *pro se* Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. The motion for leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. For the reasons set forth in the accompanying Memorandum, Pruitt's Complaint is **DISMISSED,** with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

1